FILED
CLERK, U.S. DISTRICT COURT

OCT 6 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD ROBINSON,  ) Case No. CV 08-3123-MMM (OP)
) 
Petitioner,  ) JUDGMENT
)
vs.  )
)
DEBRA DEXTER,  )
)
Respondent.  )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED: Sept. 29, 2008

HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge